**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CC No.** 1:07-M-12M |
| **CHRISTOPHER LOM** | : | |

**MOTION TO SEAL**

The United States moves that the accompanying documents (including the Complaint, Affidavit, Arrest Warrant, and this Motion to Seal), be sealed until further Order of this Court. The United States makes this request based upon the fact that the disclosure of the Complaint, Arrest Warrant and content of the Affidavit may result in the loss or destruction of evidence and/or the flight of the defendant.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

[signature]
PETER F. NERONHA
Assistant U.S. Attorney

SO ORDERED.

[signature: David L. Martin]
DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE

Date: 2-1-07