AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Christopher Lom

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:07-M-12M

I, Christopher Lom, charged in a (complaint) (petition) pending in this District with poss. of a firearm with obliterated serial number in violation of Title 18, U.S.C., 922(K), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Christopher Lom
*Defendant*

2-2-07
*Date*

Mary S. McElroy
*Counsel for Defendant*