AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
CHRISTOPHER LOM

## WARRANT FOR ARREST

Case Number: 1:07-M-12M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CHRISTOPHER LOM
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

knowingly possessing a firearm, to wit, a Hi Point Model C9, 9 millimeter semi-automatic pistol, from which the manufacturer's serial number had been removed, obliterated and altered, and which had been shipped and transported in interstate commerce

in violation of Title 18 United States Code, Section(s) 922(k)

DAVID L. MARTIN
Name of Issuing Officer

David L. Martin
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

2-1-07 Providence, Rhode Island
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Providence, RI by ATF

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 02/01/2007 | CJ Wyant, SDUSM | [signature] |
| DATE OF ARREST | | |
| 02/02/2007 | | |